UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| AMGAD F. MELEIKA, Plaintiff, vs. CITY OF BAYONNE; BAYONNE POLICE DEPARTMENT; STATE OF NEW JERSEY Defendant. | CIVIL ACTION NO. 2:17-cv-05678-CCC-SCM APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY [Local Civil Rule 6.1(b)] |
|---|---|

Application is hereby made for a Clerk's Order extending time within which DEFENDANT CITY OF BAYONNE and BAYONNE POLICE DEPARTMENT may answer, move, or otherwise reply to the Complaint filed by Plaintiff herein and it is represented that:

1. No previous extension has been obtained;

2. Service of Process was effected on August 25, 2017; and

3. Time to Answer, Move or otherwise Reply expired on September 15, 2017.

Dated: October 2, 2017

The Clerk of the Court shall terminate D.E. 7, the motion for default judgment, as moot in light of this order.

SO ORDERED
s/Steven C. Mannion
Steven C. Mannion, U.S.M.J.
Date: 12/18/17

Defendants shall have until January 5th, 2018 to file answers.

s/ Edward Florio
Edward J. Florio Esq., (025311987)
FLORIO ♦ KENNY ♦ RAVAL, L.L.P.
eflorio@fkrlaw.com
Attorney(s) for Defendant
City of Bayonne

{00690117}